MARTIN PARENT ET AL. *v.* EUGENE L. ST. PIERRE ET AL.

HOUSE, C. J., THIM, RYAN, SHAPIRO and LOISELLE, Js.

Argued June 1—decided June 1, 1971

*Snow G. Munford,* for the appellant (named defendant).

*Herbert Watstein,* for the appellee (plaintiff Rowena Parent).

PER CURIAM. On the evidence presented, the jury could reasonably have found that the damages awarded constituted fair, just and reasonable compensation for the injuries the plaintiff Rowena Parent sustained. Accordingly, there was no error in the refusal of the court to set the verdict aside. *Zimmerman* v. *Wallman,* 156 Conn. 637, 244 A.2d 371.

There is no error.